UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVI MICAH BARTER,

    Petitioner,

  v.

JERRY BROWN, et al.,

    Respondents.

No. 2:13-cv-2636-EFB P

ORDER

Levi Micah Barter, a state prisoner without counsel, has filed a "writ of mandamus" and "T.R.O. Order," requesting that his credits be restored and that he "immediately" be released from Kern Valley State Prison, where he is confined. The Clerk of the Court opened this action as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It appears from his initial filing and the exhibits attached thereto that he wishes to challenge the warden's refusal to restore petitioner's good time credits and set an early parole release date, as ordered by a Los Angeles County Superior Court. Therefore, this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d).

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: January 2, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2